1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMBROCIO MUNOZ, an individual; | Case No: 2:10-cv-00097-HDM-PAL |
| Plaintiff, | ORDER GRANTING |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| 7-ELEVEN, INC., a foreign corporation; SARA WOOSLEY, an individual; DOES and ROES 1-100, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record, Eric Welter, Counsel for Defendant, 7-Eleven Inc., and Sharon L. Nelson and Nicholas L. Hamilton of Nelson Law, that Plaintiff Ambrocio Munoz' complaint be dismissed with prejudice,

//

//

with each party to bear their own costs and attorney's fees.

DATED this 28 day of July 2010.

| **WELTER LAW FIRM, P.C.** | **NELSON LAW** |
|---|---|
| /s/ Eric A. Welter | *Nicholas Hamilton* |
| Eric A. Welter | SHARON L. NELSON |
| Admitted *pro hac vice* | Nevada Bar No. 6433 |
| 720 Lynn Street, Suite B | NICHOLAS L. HAMILTON |
| Herndon, VA 20170 | Nevada Bar No. 10893 |
|  | 401 North Buffalo Drive, Suite 100 |
| Gregory H. King | Las Vegas, Nevada 89145 |
| Nevada Bar No. 7777 | Attorneys for Plaintiff |
| Matthew L. Durham | Ambrocio Munoz |
| Nevada Bar No. 10342 |  |
| PAYNE & FEARS LLP |  |
| 7251 W. Lake Mead Blvd, Suite 525 |  |
| Las Vegas, NV 89128 |  |
| Attorneys for Defendants |  |
| 7-Eleven, Inc. and Sara Woosley |  |

**IT IS SO ORDERED.**

Dated this 28th day of July 2010.

*Howard D. McKibben*
UNITED STATES DISTRICT JUDGE